

## OKLAHOMA
### State Courts Network

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

### IN THE DISTRICT COURT IN AND FOR TULSA COUNTY, OKLAHOMA

| | |
|---|---|
| DAVON VAN DOREN,<br>    Plaintiff, and<br>NATHANIAL MONK,<br>    Plaintiff,<br>v.<br>TRINITY INDUSTRIES INC,<br>    Defendant. | **No. CJ-2016-3950**<br>**(Civil relief more than $10,000: RACIAL DISCRIMINATION)**<br><br>Filed: 10/31/2016<br><br>Judge: Sellers, Jefferson D. |

## PARTIES

MONK, NATHANIAL, Plaintiff
TRINITY INDUSTRIES INC, Defendant
VAN DOREN, DAVON, Plaintiff

## ATTORNEYS

| **Attorney** | **Represented Parties** |
|---|---|
| INGLE, J DEREK (Bar #16509)<br>E TERRILL CORLEY & ASSOC<br>1809 E 15TH<br>TULSA, OK 74104 | MONK, NATHANIAL<br>VAN DOREN, DAVON |

## EVENTS

None

## ISSUES

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

**EXHIBIT 1**

Issue # 1.  Issue: RACIAL DISCRIMINATION (OTHER)
Filed By: VAN DOREN, DAVON
Filed Date: 10/31/2016

| Party Name | Disposition Information |
|---|---|
| **Defendant:** TRINITY INDUSTRIES INC | |

Issue # 2.  Issue: RACIAL DISCRIMINATION (OTHER)
Filed By: MONK, NATHANIAL
Filed Date: 10/31/2016

| Party Name | Disposition Information |
|---|---|
| **Defendant:** TRINITY INDUSTRIES INC | |

# DOCKET

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 10-31-2016 | TEXT | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. | 1 | | |
| 10-31-2016 | OTHER | RACIAL DISCRIMINATION | | | |
| 10-31-2016 | DMFE | DISPUTE MEDIATION FEE | | | $ 7.00 |
| 10-31-2016 | PFE1 | PETITION<br>Document Available (#1034948707) 📄TIFF 📄PDF | | | $ 163.00 |
| 10-31-2016 | PFE7 | LAW LIBRARY FEE | | | $ 6.00 |
| 10-31-2016 | OCISR | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | | | $ 25.00 |
| 10-31-2016 | OCJC | OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND | | | $ 1.55 |
| 10-31-2016 | OCASA | OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES | | | $ 5.00 |
| 10-31-2016 | SSFCHSCPC | SHERIFF'S SERVICE FEE FOR COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | $ 10.00 |

**EXHIBIT 1**

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 10-31-2016 | CCADMINCSF | COURT CLERK ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | $ 1.00 |
| 10-31-2016 | CCADMIN0155 | COURT CLERK ADMINISTRATIVE FEE ON $1.55 COLLECTION | | | $ 0.16 |
| 10-31-2016 | SJFIS | STATE JUDICIAL REVOLVING FUND - INTERPRETER AND TRANSLATOR SERVICES | | | $ 0.45 |
| 10-31-2016 | | DISTRICT COURT ADMINISTRATIVE FEE ON $1.55 COLLECTIONS | | | $ 0.23 |
| 10-31-2016 | | DISTRICT COURT ADMINISTRATIVE FEE ON $5 COLLECTIONS | | | $ 0.75 |
| 10-31-2016 | | DISTRICT COURT ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | $ 1.50 |
| 10-31-2016 | CCADMIN04 | COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS | | | $ 0.50 |
| 10-31-2016 | LTF | LENGTHY TRIAL FUND | | | $ 10.00 |
| 10-31-2016 | TEXT | OCIS HAS AUTOMATICALLY ASSIGNED JUDGE SELLERS, JEFFERSON D. TO THIS CASE. | | | |

**EXHIBIT 1**

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 10-31-2016 | ACCOUNT | RECEIPT # 2016-3439531 ON 10/31/2016.<br>PAYOR: E TERRILL CORLEY & ASSOCIATES<br>TOTAL AMOUNT PAID: $ 232.14.<br>LINE ITEMS:<br>CJ-2016-3950: $163.00 ON AC01 CLERK FEES.<br>CJ-2016-3950: $6.00 ON AC23 LAW LIBRARY FEE CIVIL AND CRIMINAL.<br>CJ-2016-3950: $1.66 ON AC31 COURT CLERK REVOLVING FUND.<br>CJ-2016-3950: $5.00 ON AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES.<br>CJ-2016-3950: $1.55 ON AC59 COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND.<br>CJ-2016-3950: $7.00 ON AC64 DISPUTE MEDIATION FEES CIVIL ONLY.<br>CJ-2016-3950: $0.45 ON AC65 STATE JUDICIAL REVOLVING FUND, INTERPRETER SVCS.<br>CJ-2016-3950: $2.48 ON AC67 DISTRICT COURT REVOLVING FUND.<br>CJ-2016-3950: $25.00 ON AC79 OCIS REVOLVING FUND.<br>CJ-2016-3950: $10.00 ON AC81 LENGTHY TRIAL FUND.<br>CJ-2016-3950: $10.00 ON AC88 SHERIFF'S SERVICE FEE FOR COURT HOUSE SECURITY. | | | |

**EXHIBIT 1**



**IN THE DISTRICT COURT OF TULSA COUNTY**
**STATE OF OKLAHOMA**

DISTRICT COURT
**F I L E D**

OCT 31 2016

SALLY HOWE SMITH, COURT CLERK
STATE OF OKLA. TULSA COUNTY

| | |
|---|---|
| DAVON VAN DOREN and NATHANIEL MONK, <br><br> Plaintiffs, <br><br> v. <br><br> TRINITY INDUSTRIES, INC., <br> a foreign, for-profit corporation, <br><br> Defendant. | Case No.: **CJ-2016-03950** <br><br> JEFFERSON D. SELLERS <br><br> JURY TRIAL DEMANDED <br> ATTORNEY LIEN CLAIMED |

## PETITION

COMES NOW, the Plaintiffs ("Plaintiffs") and for their Petition against Trinity Industries, Inc. ("Trinity") state as follows:

1. Plaintiffs are individuals residing in Tulsa County, State of Oklahoma.

2. Trinity is a foreign, for-profit corporation, doing business in Tulsa County, State of Oklahoma.

3. The events giving rise to this petition took place in Tulsa County, State of Oklahoma.

4. Personal jurisdiction is appropriate under 12 Okl. St. Ann. 2004(f) and venue is properly laid according to 12 Okl. St. Ann. 133.

5. Plaintiffs filed Charges of Discrimination with the Oklahoma Attorney General. The Office of Civil Rights Enforcement issued Notices of Right to Sue to both Plaintiffs on August 2, 2016. The Plaintiffs are bringing suit within ninety (90) days of receiving the Notices of Right to Sue.

**EXHIBIT 1**

6. The Plaintiffs are employed as a Quality Inspectors, wherein they are responsible, in part, for inspecting components which affect public safety.

7. The evidence will be consistent that Plaintiffs are extremely hard working employees.

8. Plaintiffs were discriminated against and subjected to a hostile work environment by their supervisors, co-workers and other Trinity management on the basis of their race, African-American, in violation of 25 Okl. St. Ann. 1302.

9. The amounts Plaintiffs were paid also showed discrimination and hostility.

10. The Plaintiffs were also denied promotions based on their race.

11. The Plaintiffs complained about the discrimination and hostility and were retaliated against by their employer.

12. The conduct of Trinity, through its supervisors and managers, was extreme and outrageous in its treatment of the Plaintiffs.

13. Plaintiffs were subject to a hostile work environment based on their race, African American.

14. Trinity's actions were reckless, egregious, and malicious to the extent that Plaintiffs are entitled to punitive damages.

WHEREFORE, Plaintiffs pray the Court enter judgment against Trinity and award him damages in an amount in excess of $75,000.00, along with all further relief this Court deems just and equitable including but not limited to, back pay, front pay, liquidated damages, punitive damages, attorney's fees and costs.

**EXHIBIT 1**

Respectfully submitted,

*/s/ J. Derek Ingle*

J. Derek Ingle, OBA #16500
E. TERRILL CORLEY & ASSOCIATES
1809 E. 15th Street
Tulsa, Oklahoma 74104
(918) 744-6641 - telephone
(918) 747-4921 - facsimile
derek@corley-associates.com

Benjamin J. Oxford, OBA #22259
Hans Otto Lehr
OXFORD LEHR, PLLC
9 East 4th Street, Suite 600
Tulsa, Oklahoma 74103
(918) 884-6016 - telephone
(918) 424-7080 - facsimile
ben@oxfordlehr.com
hans@oxfordlehr.com
***Attorneys for Plaintiffs Davon Van Doren and Nathaniel Monk***

**EXHIBIT 1**